IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NORRICK WILLIAMS,** *et al.*                                                                             **PLAINTIFFS**

v.                                    CASE NO.  2:20-CV-00085-BSM

**CELSO RIOS,** *et al.*                                                                                         **DEFENDANTS**

## ORDER

Southern Aviation Transport's motion to dismiss plaintiffs' direct negligence claims [Doc. No. 8] is denied.

Plaintiffs claim to have suffered injuries when Southern's agent, Celso Rios, backed into them.  Compl. ¶ III, Doc. No. 2.  Southern admits that Rios was acting on its behalf at the time of the accident but moves to dismiss the direct action claims because plaintiffs have failed to sufficiently plead them.  Although Southern is correct that the complaint is somewhat slim on facts, the motion is denied because the complaint provides "sufficient factual matter" to give fair notice to Southern of the basis for plaintiffs' claims.  *Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009).  Plaintiffs will be permitted to conduct discovery and if the facts do not support plaintiffs' claims, this issue will be taken up in a summary judgment.

IT IS SO ORDERED this 22nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE