IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NORRICK WILLIAMS,** *et al.*  PLAINTIFFS

v.  CASE NO. 2:20-CV-00085-BSM

**CELSO RIOS,** *et al.*  DEFENDANTS

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 12], this case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 1st day of April, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE