**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**NORRICK WILLIAMS,** *et al.*                                                        **PLAINTIFFS**

**v.**                                        **CASE NO.  2:20-CV-00085-BSM**

**CELSO RIOS,** *et al.*                                                                **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of April, 2021.


_____
UNITED STATES DISTRICT JUDGE